Case 3:13-cv-05752-RBL-KLS   Document 1   Filed 08/29/13   Page 1 of 5

FILED ___ LODGED ___
RECEIVED
AUG 29 2013
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

13-CV-05752-CMP

⑦ KING5 NEWS
⑩ DA PETIT TO SHOW CA.

M:13-5752RBL/JRC

DISTRICT TACOMA

3:13-CV-05514-BHS
CASE #3:13-CV-5513ABB/KLS

KEVIN DOUGLAS DONAHOE
PLAINTIFF

VS

MICROSOFT USERS, STAKEHOLDERS, SHAREHOLDERS, (ET AL)
① BENJAMIN SETTLES — TACOMA
① ~~CHURCH OF SCIENTOLOGY~~ — TOD
② ~~JAMES SIMPSON~~ — OUT
③ RICHARD CREATURA
④ THE U.S. PRESIDENT
⑤ R FREDRICK  DEFENDANT(S)

#BEAUTYKINGS.COM
⑥ PLAYBOY.COM
① MICROSOFT CORP.
⑧

COMPLAINT WITH JURY DEMAND
⟨2nd AMENDED VERSION⟩

"THE COURT RULE IS PLAINTIFF MAY AMEND COMPLAINT IF NO DEFENDANT HAS NOT ⟨PROPERLY⟩ RESPONDED."

"A MODEST PROPOSAL" ☺ BUNNY ICON

THIS IS A DISCRIMINATION AGAINST HETEROSEXUALS CLASS ACTION LAWSUIT. I AM "MAKING A LIST OF" ⟨WHO IS NAUGHTY⟩ AND ⟨NICE⟩, AKA "THE STATA" ⟨CLAUSE⟩

A BRIEF STATEMENT OF THE PROBLEM

① THE ~~DEFECT~~ DEFENDANTS HAVE VIOLATED MY HUMAN RIGHTS BY NOT ALLOWING ME TO HAVE A JURY TRIAL OF MY PEERS! ALSO KNOWN AS "PEOPLE FALSELY ACCUSED TORTURED, RAPED, AND HAD ATTEMPTED MURDER DONE TO THEM, ~~AND~~ HAD THEIR SON MOLESTED BY A JUVENILE CONVICTED SEX OFFENDER, AND ARE ⟨HETEROSEXUAL⟩. BUT THE 9TH CIRCUIT COURT OF APPEALS GAVE A HOMOSEXUAL A JURY TRIAL IN ⟨MAJOR WITT⟩ VS US AIR FORCE. WE ARE BOTH "WELL" ⟨ENDOWED⟩ BY THE CREATOR ... MEN'T WE ... WITH EQUAL RIGHTS? WHAT IS YOUR DEFINITION OF SMOKING GUN/ENDOWED? AKA
WHAT IS YOUR DEFINITION OF ⟨WITT⟩?

② THESE PEOPLE ARE SIMPLY CRIMINALS BY BEING ⟨ACCOMPLICES AFTER THE FACT⟩ BY COVERING UP THE ICONS IDENTIFIED IN #1. I WANT THEM ARRESTED AND GIVEN DUE PROCESS. THEN GOD WILLING TO SPEND THE REST OF THEIR LIFE IN PRISON.

③ THE COURT RULE IS ⟨ALL⟩ SIGNATURES MUST BE ACCOMPANIED BY THE FOLLOWING
③A PRINTED NAME
③B PRINTED ADDRESS (HOPEFULLY BUSINESS AND HOME)
③C PRINTED ~~PHONE~~ PHONE (HOPEFULLY SMART WINDOW CELL)
③D PRINTED EMAIL. IF THE SIGNATURE IS INVALID IT CAN BE STRIKEN.

④ THE SIGNATURE ON DOCUMENT 7 PAGE 6 LINE 17 CASE 3:13-CV-05514-BHS HAS AN INVALID SIGNATURE. I DEMAND IT BE FIXED IN 24 HOURS OR HAVE THE ENTIRE DOCUMENT STRIKEN!

#2 DEFENDANT IS "CHURCH OF SCIENTOLOGY IN CALIFORNIA" HEAD PRIEST POSSIBLY ⟨TOM CRUISE⟩.

PAGE 1 OF 4

④ THE SIGNATURE ON LINE 9 PAGE 3 DOCUMENT 4 IN CASE C13-5513 RJB/KLS IS AN INVALID SIGNATURE. I DEMAND THE WHOLE DOCUMENT BE STRICKEN IF NOT FIXED IN 24 HOURS.

⑤ I SUSPECT THERE ARE 100'S OF CASES IN ALL 50 STATES WHERE THE SIGNATURE IS INVALID. I DEMAND THEY ALL BE FIXED IN 24 HOURS OR STRIKE ALL THOSE DOCUMENTS. I GIVE CREDIT TO GENESIS 3:5 AND GOD FOR THIS WELL EARNED VENDETTA ON CORRUPT JUDGES AND ATTORNEYS FOR COVERING UP MY "ATTORNEY OF RECORD" AKA COPYRIGHTED CLIENT/ ATTORNEY CONTRACTUAL AGREEMENT I SELL FOR $3. IF ONLY YOU HAD ALL TAKEN MY ADVICE IN THAT FORM. AND AVOIDED COVERING UP MY TORTURE BY CORRUPT PROSECUTORS/JUDGES.

PROPOSED SOLUTION THIS COURT CAN GRANT

① CONSIDER THIS A CLASS ACTION LAWSUIT.

② SERVE THE DEFENDANTS WITH THIS CASE.

③ GIVE THEM A COPY OF THE MEDICAL SUBPOENAS ON RAID IN COURT COMMISSIONER LYNN HAYES COURT IN THURSTON COUNTY. THAT IS LITERALLY "THE SMOKING GUN". THAT PROVES (BEYOND A REASONABLE DOUBT) I WAS TORTURED BY APPROX. 5 PEOPLE ASSAULTING ME BY (HOLDING ME DOWN) AND INJECTING BAD DRUGS WITH LIFE THREATENING SIDE EFFECTS JUST TO GET ME TO SHUT UP AND STOP SUING GOVERNMENT.

④ $30 BILLION IN PERSONAL DAMAGES.

⑤ $50 BILLION IN PUNITIVE DAMAGES.

⑥ ANSWER THE FREEDOM OF INFORMATION ACT REQUEST ATTACHED. IN 5 DAYS OR LESS, PURSUANT TO RCW 42.56.520.

GOD BLESS GENESIS 3:5 AND JOHN 16:13

[signature] 8/24/2013

KEVIN DOUGLAS DONALDSON
1305 PLOUGER
OLYMPIA WA 98506
360 352-9134
NO EMAIL AT THIS TIME.

ADVICE... DON'T CUSS OFTEN, BUT WHEN YOU DO MAKE THE "MOST OF WELL DESERVED "REASONED" ANGER!

R FREDRICK IS A LIAR AND INSULTS MY INTELLIGENCE TOO!

⑦ R FREDRICK SAID MY RAPE WAS "RESOLVED INFORMALLY"! WHAT JURY IS GOING TO BELIEVE "THAT BULLSHIT"!
    (7A) RAPE BY IMPRISONMENT
    (7B) RAPE BY DIMINISHED CAPACITY
    WHAT IS BEN SETTLES "DEFINITION" OF RAPE AND (TORTURE) PURSUANT TO RCW 42.56.520? IN 5 DAYS OR LESS

PAGE 2 OF 4

**Department of Corrections**
WASHINGTON STATE

THIS IS CASE #
13-2-01112-1 THURSTON
COUNTY SUPERIOR COURT LAWSUIT

**LOG I.D. NUMBER**: 1354285

**OFFENDER COMPLAINT**

**CHECK ONE:** ☒ Initial Grievance  ☐ Emergency Grievance  ☐ Appeal to Next Level  ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. You may use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact staff to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

**NOTE:** Complaints must be filed within **20 working days** of the incident. Appeals must be filed within **5 working days** of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| DONAHUE | KEON | DOUGLAS | 359551 | SHELTON | R6 B2 |

**I WANT TO GRIEVE:** #6 RETALIATION AGAINST ME FOR FILING A GRIEVANCE AGAINST PROSECUTOR JENNIFER LORD. ON 8/2/2013 AT APPROXIMATELY 10:15 AM A VERY UNPROFESSIONAL INVESTIGATOR NAMED JEFF ELLISON HARASSED ME "AN ORDER BY HIM" NOT A VALID JUDGE, OR COURT COMMISSIONER SAYING ⟨I AM ORDERED TO STOP SUING PROSECUTOR JENNIFER LORD⟩ ESSENTIALLY AND "I MUST GET A LAWYER". I RESPECTFULLY TOLD JEFF ELLISON HE HAS NO RIGHT TO HARASS ME AND "PERSONALLY ORDER ME TO DO ANYTHING". ESPECIALLY SUE THE INDIVIDUALS WHO LIED AND THEN SAID "I AM STALKING THEM AT THE COURTHOUSE WITH A GUN". THEN EXTORTED ME TO TRY TO GET ME TO CONFESS, WHICH I NEVER DID. CHARGES WERE DROPPED

**SUGGESTED REMEDY:** I WISH TO HAVE MASON COUNTY SHERIFF VISIT ME AND TAKE MY FORMAL CRIMINAL COMPLAINT OF "HARASSMENT" 1ST DEGREE FELONY ON JEFF ELLISON. HE HAS ⟨NO JURISDICTION⟩ TO ORDER ME TO STOP SUING THURSTON COUNTY!

**Signature:** [signed]  **Date:** 8/2/2013  (Mandatory)

**GRIEVANCE COORDINATOR'S RESPONSE**
Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on ____
☐ Administratively Withdrawn ____
☐ The formal grievance/appeal paperwork is being prepared.

**Facility/Office:** WCC-RC   **Date Received:** 8-6-2013
☐ The complaint was resolved informally.
☒ Additional information and/or rewriting needed. (See below.) Return within 5 working days or by: 8/25/13
☐ No rewrite received ____
☐ Sent to ____ (facility) on ____ (date).

**EXPLANATION:**

Mason Co. Sheriff and prosecutor aren't under WA DOC jurisdiction. Rewrite and state ONLY what Jeff Ellison allegedly did or said, when, where, and name any witnesses.
R. Frederick

**Coordinator's Name (print):** ____  **Coordinator's Signature:** R Frederick  **Date:** 8/6/13

DOC 05-165 Front (Rev. 03/02/12)  PAGE 3 OF 4  DOC 310.100, DOC 550.100

*(Loud noise?)* FREEDOM OF INFORMATION ACT "REQUEST" TO WHITE HOUSE FAX MACHINE "MGR"
3:13-CV-0514-BHS TACOMA FED COURT

**Department of Corrections — Washington State**

**OFFENDER COMPLAINT**

**LOG I.D. NUMBER:** 13543662

**CHECK ONE:** ☒ Initial Grievance ☐ Emergency Grievance ☒ Appeal to Next Level ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. You may use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact staff to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| DONAHOE | KEVIN | DOUGLAS | 359551 | Shelton WCC | IMU D210 |

COMMUNITY SUPERVISION: Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

MAILING ADDRESS: STREET OR P.O. BOX: 1305 Prospect  CITY, STATE: Olympia WA  ZIP CODE: 98506  TELEPHONE: 360-352-????

**I WANT TO GRIEVE:** #3 LACK OF LAW/POLICY TO ACQUIRE THAT "ICONIC" PHOTO (AKA SNACK CAROSEL) FROM THE WHITE HOUSE FAX MACHINE (I) SENT THEM, AND TO (FORCE) ALL TECHNOLOGY VENDORS TO SWITCH USING LAWSUITS TO MY COPYRIGHTED "SUPERIOR SINGLE SIGN ON" WHICH ELIMINATES ALL USELESS PASSWORDS WORLDWIDE AND REPLACES THE (USER OBJECT) WITH THE (PERSON OBJECT) IN (SOFTWARE) BY RELYING TOTALLY ON BIOMETRIC (A) REGISTRATION (B) AUTHENTICATION, AND (C) AUTHORIZATION PRIMARILY BY HANDPRINT SCANNING BUT OPTIONALLY BY VOICE, OR EYE RETINA (IDENTIFICATION).

**SUGGESTED REMEDY:** PURSUANT TO GENESIS 3:5 "KNOWLEDGE ENGINEERING" LAW! (1) BEGIN SELLING THAT "FOUNTAIN OF YOUTH PHOTO" TO START THE "TREE OF KNOWLEDGE" AKA (2ND COMMING PROJECT THAT IS LIKE Y2K EFFORT) TO FIX GROSS TECHNICAL MALPRACTICE WORLDWIDE. (2) REGISTER (ONCE) WITH BIOMETRIC ID MANDATORY, FULLNAME, BIRTHDATE, BIRTH CITY, BIRTH REGION, BIRTH NATION, AND CURRENT PHOTO AS MANDATORY AND BIRTH TIME AM/PM OPTIONAL (3) AUTHENTICATE/AUTHORIZE (EVERY) TIME ANYTHING IS DONE WITH FINGER BIOMETRIC ID, CURRENT CONTACT INFO, CURRENT PHOTO MANDATORY AND HOLY SPIRIT BIRTH DATE, BIRTH TIME, ~~GEOCODE~~ BIRTH GEOCODE AND (AFTERLIFE EGO PHOTO) AS "OPTIONAL"!

**Signature:** [signed]  **Date:** 8/27/2013

**GRIEVANCE COORDINATOR'S RESPONSE**
Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____.
☐ Administratively Withdrawn _____.
☐ The formal grievance/appeal paperwork is being prepared.

Facility/Office: _____  Date Received: _____
☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.) Return within 5 working days or by: _____.
☐ No rewrite received _____.
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** THIS IS "LIKE A GOLD RUSH" AND I WILL MAKE MYSELF RICH "SELLING THE SHOVELS"! ALL COPYRIGHTS RESERVED. STEVE RUSSELL SHOULD HAVE BEEN — KEVIN DONAHOE 1985 © SCOTT RUSSELL. SORRY ABOUT THAT "MIXAIKON IS".

Coordinator's Name (print): _____  Coordinator's Signature: _____  Date: _____

**GRIEVABLE AND NONGRIEVABLE ITEM**
**GRIEVABLE ITEMS: Any offender may grieve the following, when applicable to their place of confinement or conditions of supervision and when the incident or issue affects them personally:**
1. Policies, rules, and procedures enforced within the facility, Field Office, or the Department of Corrections;
2. Application of policies, rules, and procedures;
3. Lack of policy, rule, or procedure which directly affects the living conditions of the offender;
4. Actions of employees, contract staff, or volunteers over which the facility or supervising office has jurisdiction;
5. Actions of other offenders; and
6. Retaliation against the grievant for his/her good faith participation in the grievance program.

**NONGRIEVABLE ITEMS: The following items are NOT grievable:**
1. State and federal law (includes RCW and WAC);
2. Court actions and decisions;
3. Indeterminate Sentence Review Board actions and decisions;
4. Pre-sentence Investigation (PSI) reports;
5. Community Corrections Officers' recommendations testimony to the court and/or the Indeterminate Sentence Review Board;
6. Application of special conditions imposed by a Community Corrections Officer per Department policy;
7. Actions of persons not under the jurisdiction of the facility or Field Office to which the offender is confined/assigned;
8. Administrative Segregation Hearings actions and decisions;
9. Classification decisions and those issues **requiring** action through the classification process such as transfer, custody promotions/demotion, and so forth (Grievance Coordinators will refer such issues to the appropriate Counselor, unit team, etc.);
10. Infractions and disciplinary actions and decisions;
11. Department of Natural Resources (DNR) policies and procedures are not grievable, as the Department has no authority in such matters. Grievance Coordinators should refer complaints on such issues to the local DNR administrator. Formal conduct grievances **may** be pursued against DNR staff only in the most flagrant cases, such as physical or sexual abuse, or sexual harassment. Formal conduct grievances shall be investigated jointly by the Superintendent and the local DNR Administrator. Corrective actions against DNR staff are the responsibility of DNR Administrators. Grievance Coordinators will discuss the issue with the Grievance Program Manager **prior** to initiating any formal conduct grievance against DNR staff; and
12. Any process that has a formalized appeal or review procedure built into it which has been approved by the Grievance Program Manager prior to its use to reject complaints as nongrievable. Items already approved include:
    a. Rejection of incoming or outgoing mail and packages (Prisons ONLY), as WAC 137-48 provides a formalized avenue of appeal;
    b. Grievance and appeal responses. The contents of a grievance/appeal response, and the investigator/respondent, may NOT be grieved as the grievant may address his/her concerns regarding a response in an appeal to the next level of review;
    c. Determination by a Grievance Coordinator that a complaint is not grievable as the decision is appealable to the Grievance Program Manager;
    d. Staff may not be grieved for writing an infraction or causing an infraction to be written, as the matter will be adjudicated through the disciplinary process in accordance with WAC; and
    e. A Superintendent, facility Supervisor, or Community Corrections Administrator may not be grieved for his/her decision to designate an offender as an abuser of the Offender Grievance Program or restriction that offender's access to the grievance mechanism. Those decisions are automatically reviewed by designated administrator.

Department policy and written procedure governing these nongrievable issues **May** be challenged through the grievance process.

**Note:** Limit each complaint form to only **one** issue or incident.

**Ask Yourself:** Does my complaint/appeal contain this information?

|     | INFORMATION | Yes | No |
| --- | --- | --- | --- |
| 1.  | **Who** or **What** is being grieved (A simple statement of concern regarding action policy, procedure ,or practice) | | |
| 2.  | **How** the issue or incident affects you personally | | |
| 3.  | The name(s) of all individuals involved | | |
| 4.  | **When** the incident occurred (date and time if relevant) | | |
| 5.  | **Where** the incident occurred | | |
| 6.  | **What** happened or was said | | |
| 7.  | Informal resolution attempted | | |
| 8.  | The name(s) of potential witness(es) | | |
| 9.  | Suggested remedy (optional) | | |
| 10. | Form signed and dated | | |