UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN DOUGLAS DONAHOE,<br><br>                Plaintiff,<br><br>  v.<br><br>BENJAMIN H. SETTLE, CHURCH OF SCIENTOLOGY, RICHARD CREATURA, THE U.S. PRESIDENT, R. FREDRICK, REALITY KINGS.COM, PLAYBOY.COM, MICROSOFT CORP., KING 5 NEWS, DR. PHIL TV SHOW CA, MICROSOFT USERS, STAKEHOLDERS, AND SHAREHOLDERS,<br><br>                Defendants. | No. C13-5752 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation.

    (2)    This case is **Dismissed Without Prejudice** for failure to prosecute pursuant to CR 1, Local Rules W.D. Wash.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 9th day of December, 2013.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1